## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
## Eastern Division

Susan A Kuttner

                    Plaintiff,

v.                                                       Case No.: 1:10–cv–04290
                                                         Honorable Edmond E. Chang

John E Zaruba, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 3, 2011:

       MINUTE entry before Honorable Edmond E. Chang: Motion hearing held. Plaintiff's motion for leave to amend the complaint is granted. Plaintiff to file the amended complaint as a separate document. Defendants have to and including 5/31/2011 in which to answer or otherwise plead to the amended complaint. Plaintiff's counsel informed the Court that the plaintiff would like a settlement conference with the Court or the assigned Magistrate Judge. Defendants' counsel to report to the court's courtroom deputy by 05/10/2011 on whether the defendant would like the court to schedule a settlement conference. Status hearing of 08/03/11 is reset for 07/14/11 at 8:30a.m. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.